**EXHIBIT A**



ELECTRONICALLY FILED
8/17/2020 3:29 PM
02-CV-2020-901732.00
CIRCUIT COURT OF
MOBILE COUNTY, ALABAMA
JOJO SCHWARZAUER, CLERK

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | |
|---|---|
| **LINDA DICKENS,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * **CIVIL ACTION NO.** |
| | * |
| | * **CV-2020-_____** |
| **MABO INVESTMENTS, LLC; POPEYE'S** | * |
| **LOUISIANA KITCHEN, INC.; and** | * **PLAINTIFF RESPECTFULLY** |
| **Defendants A, B, and C, being the persons,** | * **REQUESTS A TRIAL BY JURY** |
| **firms, corporations, associates,** | * |
| **partnerships, or other entities responsible** | * |
| **for the harms and losses of the Plaintiff;** | * |
| **all of whose names and true legal identities are** | * |
| **otherwise unknown at this time but who will** | * |
| **be added by amendment when ascertained,** | * |
| **jointly and severally,** | * |
| | * |
| **Defendants.** | * |

## COMPLAINT

1. Plaintiff LINDA DICKENS is an adult resident of this State.

2. Defendant MABO INVESTMENTS, LLC is an entity doing business in this State.

3. Defendant POPEYE'S LOUISIANA KITCHEN, INC. is an entity doing business in this State.

4. Defendants A, B, and C, whether singular or plural, are those persons, firms, corporations, associates, partnerships, or other entities whose wrongful conduct caused or contributed to Plaintiff's injuries; all of whose names and true legal identities are otherwise unknown at this time but who will be added by amendment when ascertained, jointly and severally.

5. On or about August 31, 2018, Plaintiff Dickens entered the Popeye's Louisiana Kitchen store located at 570 Schillinger Road, Mobile, Alabama 36695. This Popeye's store is owned, operated, maintained, and otherwise run by the Defendants.

6.     Upon entering the Defendants' store, Plaintiff suffered a trip and fall on a hazardous object that Defendants' negligently and/or wantonly allowed to block the store's entryway and/or failed to remove from the store's entryway. As a result of this fall, Plaintiff suffered serious bodily injuries.

7.     As a direct and proximate consequence of Defendants' tortious conduct, Plaintiff suffered and incurred severe personal and bodily injuries. She suffered pain, anguish, and mental suffering; still so suffers, and will suffer in the future. She incurred medical bills and damages and will incur additional bills in the future.  She has suffered and incurred other additional damages as well.

## **FIRST CAUSE OF ACTION**

8.     Plaintiff adopts the allegations contained in the preceding paragraphs herein.

9.     As a result of Defendants' negligence, Plaintiff suffered injuries as aforesaid.

WHEREFORE, the above premises considered, Plaintiff demands judgment against Defendants, jointly and severally, for compensatory damages and costs of this action, plus interest.

## **SECOND CAUSE OF ACTION**

10.     Plaintiff adopts the allegations contained in the preceding paragraphs herein.

11.     As a result of Defendants' wantonness, Plaintiff suffered injuries as aforesaid.

WHEREFORE, the above premises considered, Plaintiff demands judgment of and from Defendants, jointly and severally, for actual and punitive damages in an amount to be determined at trial, plus interest as allowed by law, and costs.

Respectfully submitted,

*/s/ Jack Smalley III*
JACK SMALLEY III                    (SMA014)
*Attorney for Plaintiff*

LONG & LONG, PC
P. O. Box 2746
Mobile, AL  36652
(251) 432-2277
Trip@longandlong.com

## PLAINTIFF RESPECTFULLY REQUESTS A TRIAL BY JURY

**DEFENDANTS TO BE SERVED VIA CERTIFIED MAIL AS FOLLOWS:**

**MABO INVESTMENTS, LLC**
c/o CT Corporation System
2 North Jackson Street, Suite 605
Montgomery, AL 36104

**POPEYE'S LOUISIANA KITCHEN, INC.**
c/o CT Corporation System
2 North Jackson Street, Suite 605
Montgomery, AL 36104

## DISCOVERY TO BE SERVED WITH THE COMPLAINT

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
## LINDA DICKENS V. MABO INVESTMENTS, LLC ET AL

**NOTICE TO:** MABO INVESTMENTS, LLC, C/O CT CORPORATION SYSTEM 2 N JACKSON ST, STE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JACK SMALLEY III
,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P.O. BOX 2746, MOBILE, AL 36652 .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of LINDA DICKENS
*[Name(s)]*
pursuant to the Alabama Rules of the Civil Procedure.

| 08/17/2020 | /s/ JOJO SCHWARZAUER | By: |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ JACK SMALLEY III

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

in County,
*(Name of Person Served)*          *(Name of County)*

Alabama on .

*(Date)*

_____          _____          _____
*(Type of Process Server)*     *(Server's Signature)*          *(Address of Server)*

*(Server's Printed Name)*          *(Phone Number of Server)*

## IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA
## LINDA DICKENS V. MABO INVESTMENTS, LLC ET AL

**NOTICE TO:** POPEYE'S LOUISIANA KITCHEN, INC., C/O CT CORPORATION SYSTEM 2 N JACKSON ST, STE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JACK SMALLEY III

*[Names(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P.O. BOX 2746, MOBILE, AL 36652

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of LINDA DICKENS pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 08/17/2020 | /s/ JOJO SCHWARZAUER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ JACK SMALLEY III

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*        *(Name of County)*

Alabama on _____.

*(Date)*

_____    _____    _____

*(Type of Process Server)*      *(Server's Signature)*      *(Address of Server)*

_____    _____

*(Server's Printed Name)*      *(Phone Number of Server)*